UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY EUGENE DEOLLAS, II, | No. 2:22-cv-01280-DAD-DMC (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE |
| SACRAMENTO COUNTY SHERIFF'S OFFICE, et al. | |
| Defendants. | (Doc. No. 9) |

Plaintiff Anthony Eugene DeOllas, II is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 22, 2023, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute this action and failure to obey court orders. (Doc. No. 9.) In particular, on January 27, 2023, the court screened plaintiff's complaint, determined that plaintiff had failed to state a cognizable claim for relief, and granted plaintiff leave to file an amended complaint. (Doc. No. 7 at 3.) To date, plaintiff has not filed an amended complaint or otherwise communicated with the court. Accordingly, the pending findings and recommendations were served on plaintiff by mail at his address of record and contained notice that any objections thereto were to be filed within

1

fourteen (14) days after service.[1]  (Doc. No. 9 at 2.)  To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on March 22, 2023 (Doc. No. 9) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute this action and failure to obey court orders; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **July 7, 2023**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

---

[1] The service copy of the findings and recommendations was returned to the court marked as "Undeliverable, refused; unable to forward."  Thus, plaintiff was required to file a notice of his change of address with the court no later than June 8, 2023.  To date, plaintiff has not filed a notice of his change of address or otherwise communicated with the court.

2